UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHRISTIAN URENA,

                    Plaintiff,                    17 **CIVIL** 2835 (NSR)(JCM)

      -against-                            **JUDGMENT**

COMMISSIONER ANTHONY ANNUCCI,
New York State Department of Corrections &
Community Supervision,
                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 23, 2020, MJ McCarthy's R & R is adopted in its entirety. The petition for a writ of habeas corpus is therefore denied. As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005); Lozada v. United States, 107 F.3d 1011, 1017 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 225, 259-60 (2d Cir. 1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
          October 26, 2020

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                      **BY:**    *K. Mango*
                                                      **Deputy Clerk**